**EXHIBIT A TO SUMMONS**

- Tanya Marie Autrey
  Brits Brothers Gym
  301 Airport Road, Suite K
  Greenville, SC 29607

- Chistopher Towne
  423 McKenna Circle
  Greenville, SC 29615

- Chistopher Towne
  8 Landing Lane
  Simpsonville, South Carolina 29681

- Boom Boom's Kitchen, LLC
  c/o Chistopher Towne, Registered Agent
  423 McKenna Circle
  Greenville, SC 29615

- Boom Boom's Kitchen, LLC
  c/o Chistopher Towne, Registered Agent
  8 Landing Lane
  Simpsonville, South Carolina 29681